UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER JOHNSON,

   Plaintiff,

CASE NO.:  3:18-CV-00716-MMH-JRK

-vs-

TRANSWORLD SYSTEMS, INC.,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Christopher Johnson, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail this 12th day of November, 2018 to: Ashley N. Rector, Esquire, 3350 Buschwood Park Drive, Suite195, Tampa, Florida 33618 (arector@sessions.legal).

*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
snazario@forthepeople.com
*Counsel for Plaintiff*