**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHRISTOPHER JOHNSON,

       Plaintiff,

v.                                      Case No.   3:18-cv-716-J-34JRK

TRANSWORLD SYSTEMS, INC.,

       Defendant.

_____

## O R D E R

    **THIS CAUSE** is before the Court on the Notice of Settlement (Dkt. No. 16; Notice) filed on November 12, 2018.   In the Notice, Plaintiff advises the Court that the parties have reached a settlement in this matter.   See Notice at 1.   Accordingly, it is hereby

    **ORDERED:**

1.    The parties shall have until **January 11, 2019**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2.    If the parties have not filed settlement pleadings or a request for additional time by the **January 11, 2019**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3.      The Clerk of the Court is directed to terminate all pending motions and

administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of November, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record