**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHRISTOPHER JOHNSON,

      Plaintiff,

v.                                     Case No.   3:18-cv-716-J-34JRK

TRANSWORLD SYSTEMS, INC.,

      Defendant.

_____

## O R D E R   O F   D I S M I S S A L

    **THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 18; Stipulation) filed on December 4, 2018.  In the Stipulation, the parties request dismissal of this matter with prejudice.  <u>See</u> Stipulation at 1. Accordingly, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear their own attorney's fees, costs and expenses.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

    **DONE AND ORDERED** in Jacksonville, Florida this 5th day of December, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record